THE STATE OF OHIO, APPELLANT, v. CLINE, APPELLEE.

[Cite as *State v. Cline,* 103 Ohio St.3d 471, 2004-Ohio-5701.]

(No. 2003–1903—Submitted September 14, 2004—Decided November 10, 2004.)

{¶ 1} The judgment of the court of appeals is reversed and the cause is remanded to that court for proceedings consistent with *State v. Martin*, 103 Ohio St.3d 385, 2004-Ohio-5471, 816 N.E.2d 227, and for consideration of other assignments of error.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Nick A. Selvaggio, Champaign County Prosecuting Attorney, and Jack W. Whitesell Jr., Assistant Prosecuting Attorney, for appellant.

Michael T. Columbus, for appellee.

William F. Schenck, Greene County Prosecuting Attorney, and Cheri L. Stout, Assistant Prosecuting Attorney, urging reversal for amicus curiae, Ohio Prosecuting Attorneys Association.